# Exhibit 60

Case 2:17-cv-04382-CBM-MRW   Document 60-12   Filed 06/22/18   Page 2 of 2   Page ID #:1275

6/9/2016  11:33 PM  FROM: Physio-Control       TO: +13107267978      P. 1

# Prehospital Care Report Summary
## Los Angeles Fire Department
Date: 06/09/2016  Call #: 1284  Booklet: CI1687776555  Branch: 38 STATION

**Call Information:**

Disposition: Dead After Arrival
Unit #: E38 - E38, Ambulance - Land    Trip Type:
Run Type to Scene: Emergency (Immediate)
Incident Facility:
Incident Location: 2175 JOHN S GIBSON BL - San Pedro, CA (Los Angeles County)
Incident Type: Scene of Accident or Acute Event - Jail

Receiving Facility: N/A -
Facility Address:
Destination Type:
Dest. Reason: N/A
Registration #: N/A

Loaded Mileage: N/A
Crew Members: FRANCIS RODRIGUEZ, EMT Paramedic(DOC); JOAQUIN LAPASTORA, EMT Paramedic(DS); JAMES M EBERLE, EMT Basic; HANS ENYEDI, EMT Paramedic; HEYWOOD CHANG, EMT Paramedic; EKG MONITOR, No Certifications

# Patients Transported
In My Unit: N/A
# Patients at Scene: N/A

Call Received: N/A
Dispatched: 19:22:55
En Route: 19:24:28
On Scene: 19:26:33
Patient Contact: 19:28:00
Left Scene: 20:10:00
At Destination: N/A
Transfer of Care:
In Service: 21:17:56

Time On Scene: 43 Min
Time to Destination: N/A Min
Total Time of Run: 115 Min

Moved to Amb By:    Transport Position:   From Amb By:

Other Units On Scene: E36, EM13

Call Origin: N/A    Lights/Siren: Scene-Not used / Destination-Not used

**Patient Information:**

Name: ALEX AGUILAR
Address: 1152 MCDONALD STREET - Wilmington, CA 90744
Phone: (424) 210-1715
Email:
SSN: 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
Driver License:

DOB: 01/29/1974
Gender: Male
Age: 42 Years
Weight: 300.0 lbs, Broselow:

**Other Contact Info**
Name:     Phone:    Cell Phone:
Relationship:

Current Meds: None         Comments:
Env Allergies: NKA         Comments:
Med Allergies: NKDA        Comments:
Patient Physician:
Advanced Directives:
PMH:
Comment:

**Payer Information:**

Medical Need:

**Clinical:**

Onset Date/Time: 2016-06-09 19:20:00
Dispatch Reason (EMD): AT11 Any Patient, Taser Involved

Chief Complaint: Cardiac Arrest
Provider Impression: Trauma Injury, Cardiac Arrest
Mechanism of Injury: Electrocution, Fight/Brawl
Protocol 1: ALS GENERAL*-1202       Protocol 2:

DEF 0055