RONALD O. KAYE, SBN 145051
E-mail: rok@kmbllaw.com
CAITLIN S. WEISBERG, SBN 262779
E-mail: cweisberg@kmbllaw.com
KAYE, McLANE, BEDNARSKI & LITT, LLP
234 East Green Street
Pasadena, California 91106
Tel: (626) 844-7660
Fax: (626) 844-7670

Attorneys for Plaintiffs
ALEX AGUILAR and P.A., By and Through Her Guardian Ad Litem Florence Ahumada, and The Estate of Alex Aguilar, Sr.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX AGUILAR, JR., AND P.A., BY AND THROUGH HER GUARDIAN AD LITEM, FLORENCE AHUMADA, AND THE ESTATE OF ALEX AGUILAR, SR., | Case No. 2:17-cv-04382-CBM-MRW<br><br>Honorable Judge Consuelo B. Marshall |
| Plaintiffs, | **PLAINTIFFS' WITNESS LIST** |
| v. | Date: October 30, 2018<br>Time: 10:00 a.m. |
| CITY OF LOS ANGELES, CHIEF CHARLIE BECK, AND DOES 1-10, INCLUSIVE, | Courtroom: 8B |
| Defendants. | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs hereby submit their list of witnesses[1] to be called at the time of trial:

| Name of Witness | Description |
|---|---|
| 1.    Alex Aguilar Jr. | Plaintiff<br>Damages Witness |

---

[1] Plaintiffs submit that in the presentation of their damages case, they anticipate calling as witnesses: a) the two plaintiffs; b) one member of the immediate family of the Decedent (Aguilar family); c) one member of the Ahumada household, where Plaintiff P.A. resides; d) 3-5 witnesses from extended family, friends or neighbors; and e) P.A.'s therapist, treating expert Priscilla Amezquita.

| | | |
|---|---|---|
| | | relationship between decedent and plaintiff |
| 2. | P.A., a minor | Plaintiff |
| 3. | Florence Ahumada* | Guardian ad litem for P.A. |
| 4. | Veronica Aguilar* | Decedent's sister – Damages witness Relationship between decent and plaintiff |
| 5. | Alejandro Aguilar Caneles* | Decedent's father – Damages witness |
| 6. | Maria Ines Salinas* | Decedent's mother – Damages witness |
| 7. | Tina Tagoya* | Damages Witness – relationship between decedent and plaintiff |
| 8. | Andrew Martinez* | Damages Witness– relationship between decedent and plaintiff |
| 9. | Frank Moreno* | Damages Witness– relationship between decedent and plaintiff |
| 10. | Virginia Aja* | Damages Witness Relationship between decedent and plaintiff |
| 11. | Mary Moreno* | Damages Witness relationship between decedent and plaintiff |
| 12. | Greg Almanza* | Damages Witness relationship between decedent and plaintiff |
| 13. | Joe Jalomo, Jr.* | Damages Witness relationship between decedent and plaintiff |
| 14. | Shari Benjamin* | Damages Witness relationship between decedent and plaintiff |
| 15. | Maria Aguilar* | Damages Witness relationship between decedent and plaintiff |
| 16. | Christina Moreno* | Damages Witness relationship between decedent and plaintiff |
| 17. | LaShana Arellano* | Damages Witness relationship between decedent and plaintiff |

| 18. | Patty Alvarez* | Damages Witness relationship between decedent and plaintiff |
|-----|----------------|-------------------------------------------------------------|
| 19. | Ralph Aguilar* | Damages Witness relationship between decedent and plaintiff |
| 20. | Anna. Aguilar* | Damages Witness relationship between decedent and plaintiff |
| 21. | Jorge Lang* | Damages Witness relationship between decedent and plaintiff |
| 22. | Patricia Benjamin* | Damages Witness relationship between decedent and plaintiff |
| 23. | Barbara Alcala* | Damages Witness relationship between decedent and plaintiff |
| 24. | Richard A. Sanchez* | Damages Witness relationship between decedent and plaintiff |
| 25. | Virginia Gomez* | Damages Witness relationship between decedent and plaintiff |
| 26. | Helen Ahumada* | Damages Witness relationship between decedent and plaintiff |
| 27. | Dolores Nieto* | Damages Witness relationship between decedent and plaintiff |
| 28. | Katrina Gomez* | Damages Witness relationship between decedent and plaintiff |
| 29. | Rachel Barber* | Damages Witness relationship between decedent and plaintiff |
| 30. | Ana Tinco* | Damages Witness relationship between decedent and plaintiff |
| 31. | Sal and Leticia Aguirre* | Damages Witness |

| | | |
|---|---|---|
| | | relationship between decedent and plaintiff |
| 32. | Salina Cano* | Damages Witness<br>relationship between decedent and plaintiff |
| 33. | Frances Nieto* | Damages Witness<br>relationship between decedent and plaintiff |
| 34. | Priscilla S. Amezuita, Clinical Therapist | Damages Witness – Therapist for Plaintiff P.A. |
| 35. | Michael Leonesio | Plaintiffs' Expert Witness |
| 36. | Martin Chenevert | Plaintiffs' Expert Witness |
| 37. | Matthew Medina† | Defendant |
| 38. | Sergio Melero† | Defendant |
| 39. | Andrew Hudlett† | Defendant |
| 40. | Dante Pagulayan† | Defendant |
| 41. | Enrique Lopez† | Defendant |
| 42. | Justin Wade† | Defendants' PMK re Medical Care, Use of Force, Ingestion Policy |
| 43. | Michael D. Hall† | Defendants PMK re Taser Use |
| 44. | Deputy Medical Examiner Juan M. Carrillo* | Re Death of  Alex Aguilar |
| 45. | Coroner's Investigator Joseph Cronin* | Re Death of  Alex Aguilar |
| 46. | Firefighter / Paramedic Francis Rodriguez* | Re Death of  Alex Aguilar |
| 47. | Firefighter / Paramedic Joaquin Lapastora* | Re Death of  Alex Aguilar |
| 48. | Firefighter / Paramedic Hans Enyedi* | Re Death of  Alex Aguilar |
| 49. | Firefighter / Paramedic Captain Rodriguez* | Re Death of  Alex Aguilar |

† Witness may be called to testify live or plaintiff may present testimony by way of deposition

* Witness may be called if the need arises

1

Dated: September 11, 2018

**KAYE, McLANE, BEDNARSKI & LITT, LLP**

2

3

By: */ s / Ronald O. Kaye* __

4

Ronald O. Kaye
Caitlin S. Weisberg
Counsel for Plaintiffs

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28