*APPENDIX A*         *CURRICULUM VITAE*

*GARY MICHAEL VILKE, M.D., FACEP, FAAEM*

| HOME ADDRESS: | OFFICE ADDRESS: |
|---|---|
| 11582 Normanton Way<br>San Diego, CA  92131<br>Phone: (619) 666-8643<br>Pager: (619) 290-9149 | Department of Emergency Medicine<br>UCSD Medical Center<br>200 W. Arbor Drive<br>San Diego, CA  92103-8676<br>Phone:  (619) 543-6210<br>Fax:     (619) 543-3115<br>E-mail: gmvilke@ucsd.edu |

PERSONAL:    Born September 12, 1966 in Cleveland, Ohio

EDUCATION:

| | | |
|---|---|---|
| Academic:<br>1983-88 | B.S. in Zoology, University of California, Berkeley<br>Berkeley, California | |
| Medical School:<br>1988-92 | M.D., University of California, San Diego School of Medicine<br>La Jolla, California | |
| Internship:<br>1992-93 | Department of Surgery<br>University of California, San Diego Medical Center<br>San Diego, California | |
| Residency:<br>1993-96 | Department of Emergency Medicine<br>University of California, San Diego Medical Center<br>San Diego, California    (Chief Resident: 1995-96) | |
| Physician Leadership Academy:<br>2007-09 | University of California, San Diego Medical Center<br>San Diego, California | |

LICENSURE:    California Medical License Number G-78057

BOARD CERTIFICATIONS:

National Board of Medical Examiners, 1993
American Board of Emergency Medicine, 1997, renewed 2007, 2017

## APPOINTMENTS:

| | |
|---|---|
| 9/11 - Present | Professor of Clinical Emergency Medicine and Medicine, University of California, San Diego (UCSD) School of Medicine |
| 1/18-Present | Medical Director, Chula Vista Fire Department |
| 1/18-Present | Medical Director, UCSD Paramedic Base Hospital |
| 1/16 – Present | Emergency Medicine Clinical Service Chief, UC San Diego Health System |
| 1/16 – Present | Co-Medical Director, Department of Emergency Medicine, UCSD Medical Center |
| 10/15 – Present | Medical Director, AirLinkUSA Air Ambulance Service |
| 9/15- Present | Staff Physician, El Centro Regional Medical Center Department of Emergency Medicine |
| 2/14- Present | Assistant Chief, Division of Emergency Medical Services (EMS)/Disaster Medicine, UCSD Medical Center, Department of Emergency Medicine |
| 1/13 – Present | Medical Director, Carlsbad Fire Department |
| 7/12 – Present | Medical Director, Risk Management, UC San Diego Health System |
| 10/09 – Present | UCSD Department of Emergency Medicine Clinical Research Scholar Fellowship Director |
| 2/06 - Present | Chief, Division of Clinical Research, UCSD Medical Center, Department of Emergency Medicine |
| 7/94 - Present | Base Hospital Physician, University of California Medical Center |

PREVIOUS EXPERIENCE/APPOINTMENTS:

| | |
|---|---|
| 6/12 –7/17 | Associate Director, Department of Emergency Medicine Behavioral Emergencies Research (DEMBER) Lab |
| 4/07 – 12/16 | Medical Director of the American Heart Association Training Center at the UCSD Center for Resuscitation Science |
| 7/96 – 12/15 | Assistant Director, Department of Emergency Medicine, UCSD Medical Center |
| 7/13 – 9/15 | Chief, Division of Custody Medicine, UCSD Medical Center, Department of Emergency Medicine |
| 4/99 – 9/15 | Director, Custody Services, UCSD Medical Center (Co-Director 1999-2013) |
| 3/13 – 9/15 | Medical Director, AviaMedix Air Ambulance Service |
| 10/11- 2/14 | Chief, Division of Emergency Medical Services (EMS)/Disaster Medicine, UCSD Medical Center, Department of Emergency Medicine |
| 4/12 – 3/13 | Medical Director, Aeromedevac Air Ambulance Service |
| 7/09 – 6/12 | Chief of Staff, UCSD Medical Center |
| 7/07 - 6/09 | Vice Chief of Staff UCSD Medical Center |
| 7/04 – 6/09 | EMS/Disaster Medicine Fellowship Director, Department of Emergency Medicine. |
| 3/02 - 2/06 | Medical Director, San Diego County Emergency Medical Services |
| 3/03 - 12/05 | Medical Consultant, San Diego Chapter Red Cross Disaster Health Services |
| 6/04 - 2/05 | Interim Chief, San Diego County Emergency Medical Services |
| 1/01 - 2/04 | Medical Director, Southwestern College Paramedic Training Program |
| 7/00 - 2/04 | Medical Director, Palomar College Paramedic Training Program |
| 7/97 - 1/03 | Director, Prehospital Services, UCSD Medical Center |
| 6/97 - 1/03 | Medical Director, Paramedic Base Hospital, UCSD Medical Center |
| 7/96 - 1/03 | Medical Director, Mercy Air Medical Transport Service, San Diego, California |
| 4/99 - 3/01 | Medical Co-Director, San Diego Central Jail Medical Services |
| 1/96 - 7/96 | Flight Physician, Mercy Air Medical Transport Service, San Diego, California |
| 7/95 - 7/96 | Associated Emergency Physicians Medical Group, San Diego, California |
| 12/94 - 7/96 | Kaiser Permanente Emergency Department, San Diego, California |

PREVIOUS EXPERIENCE/APPOINTMENTS (cont.):

| | |
|---|---|
| 10/94 - 7/96 | Med America Health Resource Company, San Diego, California |
| 4/94 - 7/95 | Sharp-Rees-Stealy Urgent Care, San Diego, California |
| 7/93 - 12/95 | Flight Physician, Life Flight Air Medical Transport Service |

PREVIOUS ACADEMIC APPOINTMENTS

| | |
|---|---|
| 7/05 – 9/11 | Professor of Clinical Medicine, UCSD School of Medicine |
| 7/01 - 6/05 | Associate Professor of Clinical Medicine, UCSD School of Medicine |
| 7/96 - 6/01 | Assistant Clinical Professor of Medicine, UCSD School of Medicine |

HONORS AND AWARDS:

| | |
|---|---|
| 1990 | Random House Medical Student Award |
| 1996 | American College of Emergency Physicians, California Chapter Challenge Bowl Winner |
| 1996 | Council of Residency Directors (CORD) Resident Academic Achievement Award |
| 1996 | Outstanding Emergency Medicine Resident |
| 1996 | UCSD Emergency Department Staff Support Award |
| 1996 | *Journal of Emergency Medicine* Outstanding Contribution Award |
| 1999 | "Golden Apple" Teaching Award, UCSD Emergency Medicine Residency Graduating Class of 1999 |
| 2000 | Faculty of the Year, UCSD Emergency Medicine Residency Graduating Class of 2000 |
| 2000 | Best Research Poster Presentation, California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, Dana Point, California |
| 2000 | Outstanding Scientific Abstract, State of California EMS Authority Annual Emergency Medical Services for Children Conference, San Diego, California, November 2000 |
| 2001 | Best Oral Presentation, CAL/ACEP Scientific Assembly, Santa Clara, California |
| 2004 | Academy of Clinician Scholars, University of California San Diego |
| 2004 | Top Doctor in San Diego County, San Diego Magazine |
| 2004 | Top Peer Reviewer, *Annals of Emergency Medicine* |
| 2005 | Top Doctor in San Diego County, San Diego Magazine |
| 2005 | Clinical Investigation Institute, University of California San Diego |
| 2006 | Top Doctor in San Diego County, San Diego Magazine |
| 2007 | Finalist San Diego Business Journal Health Care Champion Award |
| 2007 | Top Doctor in San Diego County, San Diego Magazine |
| 2007 | Top Peer Reviewer, *Annals of Emergency Medicine* |
| 2008 | Top Doctor in San Diego County, San Diego Magazine |
| 2008 | UCSD Undergraduate Campus Outstanding Faculty Mentor of the Year |
| 2009 | Clinical and Translational Research Institute, Charter member |
| 2009 | Top Doctor in San Diego County, San Diego Magazine |
| 2010 | Top Doctor in San Diego County, San Diego Magazine |
| 2011 | Top Doctor in San Diego County, San Diego Magazine |

HONORS AND AWARDS, continued:

    2012 Top Doctor in San Diego County, San Diego Magazine

    2013 Top Doctor in San Diego County, San Diego Magazine

    2014 Top Doctor in San Diego County, San Diego Magazine

    2015 "25 Emergency Medicine & EMS Professors You Should Know" From Medical Technology Schools at: http://www.medicaltechnologyschools.com/emt/emergency-medicine-ems-professors-to-know

CERTIFICATIONS:

    Basic Cardiac Life Support Instructor

    Pediatric Advanced Life Support Provider

    Advanced Cardiac Life Support Instructor

    Hazardous Material Training, Level I

    Advanced HAZMAT Life Support Provider

PROFESSIONAL SOCIETY MEMBERSHIPS:

    American Medical Association, 1988-97

    California Alumni Association, 1988

    American College of Emergency Physicians, 1991-2000

    Fellow, American College of Emergency Physicians, 2000

    California Chapter of the American College of Emergency Physicians, 1991

    Society for Academic Emergency Medicine, 1995

    National Association of EMS Physicians, 1998

    Fellow, American Academy of Emergency Medicine, 2000

    California Chapter of the American Academy of Emergency Medicine, 2000

    American Association of University Professors, 2002

    California Conference of the American Association of University Professors, 2002

    San Diego Faculty Association, 2002

    San Diego County Medical Society, 2003

    California Medical Association, 2003

    American Association of Emergency Psychiatry, 2014

PATENTS:

\# WO 2010/011976 A2: Medication Delivery Devices Having Penetrable Sterility Barriers and Alignment Features (January 28, 2010)

\# WO 2010/011976 A2: Medication Delivery Devices Having Penetrable Sterility Barriers and Alignment Features (January 28, 2010)

\# US 2010/011966 A2: Medication Delivery System (January 28, 2010)

\# US 2010/0022987 A1: Medication Delivery System (January 28, 2010)

\# US 61476836 Medication Delivery Apparatus (April 19, 2011)

CURRENT ACTIVITIES:

Objective Structured Clinical Examiner, Introduction to Clinical Medicine, UCSD School of Medicine, 1997

UCSD Alumni Preceptor, UCSD School of Medicine, 1997

Physician Member, San Diego County Metropolitan Medical Strike Team, 1998

Quality Assurance Reviewer, Department of Emergency Medicine, UCSD Medical Center, 1999

Evaluator, UCSD Physician Assessment and Clinical Evaluation (PACE) Program, 2000

Tactical EMS Care Provider for San Diego Shisiff's Special Enforcement Detail (SED), 2007

San Diego State Pre-Med Preceptor, SDSU, 2008

Phi Delta Epsilon Faculty Mentor, UCSD, 2008

LIFESHARING, A Donate Life Organization Advisory Board, 2010

Journals

    Editor-in-Chief, *Advances in Legal Medicine*, Longdom Publishing, 2014-2015.

    Senior Associate Editor/Editorial Board, *Journal of Emergency Medicine*, Elsevier Science, Inc., 2013 (Associate Editor since 2007, Editorial board since 2000; reviewer since 1994)

    Editorial Board, *Prehospital Emergency Care*, Taylor & Francis Group, 2006 (Reviewer since 2004)

    Editorial Board, *Journal of Forensic and Legal Medicine*, Elsevier Science, Inc. 2012 (Reviewer since 2011)

    Editorial Board, *Emergency Medicine and Healthcare*, Herbert Publications, 2013

    Senior Reviewer, *Annals of Emergency Medicine*, Mosby, 2007 (Reviewer since 1998)

    Reviewer, *European Journal of Epidemiology*, Kluwer Academic Publishers, 1996-97

    Reviewer, *Western Journal of Emergency Medicine*, 2001

    Reviewer, *American Journal of Emergency Medicine*, Elsevier Science, Inc., 2005

    Reviewer, *Emergency Medicine Journal*, BMA House, 2006

    Reviewer, *Forensic Science International*, 2007

    Reviewer, *California Journal of Emergency Medicine*, 2007

    Reviewer, *Journal of the American Medical Association (JAMA)*, 2009

    Reviewer, *BioMedical Engineering OnLine*, 2009

    Reviewer, *Bioelectromagnetics*, 2010

    Reviewer, *Forensic Science, Medicine and Pathology*, 2010

    Reviewer, *Psychology Research and Behavior Management*, 2010

    Reviewer, *Academic Emergency Medicine*, 2010

    Reviewer, *Medicina*, 2012

    Reviewer, *Injury Prevention*, 2013

    Reviewer, *Therapeutics and Clinical Risk Management*, 2013

    Reviewer, *Pediatrics*, 2013

    Reviewer, *Journal of Forensic Toxicology and Pharmacology*, 2014

    Reviewer, *Journal of Injury and Violence Research*, 2014

    Reviewer, *International Journal of Molecular Sciences*, 2015

    Reviewer, *Emergency Medicine International*, 2015

    Reviewer, *Policing: A Journal of Policy and Practice*, 2016

    Reviewer, *International Journal of Law and Psychiatry*, 2017

## Content Expert

Reviewer, Practical Summaries in Acute Care, Thomson American Health Consultants, 2006

Expert Editorial Advisor, *Managing the Ankylosing Spondylitis Patient in an Emergency Setting for the* Spondylitis Association of America (SAA). 2008

Content Expert for Cable News Network (CNN), 2009

Content Expert for ABC News, 2011

PREVIOUS ACTIVITIES:

- Vice-President, California Chapter of Emergency Medicine Residents Association, 1994-95
- Editor-in-Chief, California Chapter of Emergency Medicine Residents Association Newsletter, 1994-95
- Co-Director, School of Medicine 225: Introduction to Emergency Medicine, UCSD School of Medicine, 1994-95
- Strike Team Leader, DMAT Olympics 1996 Biological & Chemical Antiterrorist Medical Support
- Director, Mercy Air Medical Transport Services Continuing Clinical Education, 1996-2003
- Member, San Diego County 911 Dispatch Quality Review Board, 1997-98
- Co-Director, University of California, San Diego School of Medicine, Course SOM 224I, 1997-2002
- Pediatric Advanced Life Support Course Director, 1997-2002
- Editor-in-Chief, UCSD Medical Center EMS Run Review, 1997-2003
- Sponsor, Palomar College Emergency Medical Education Department Paramedic Training, 1997-2003
- Medical Support Physician, Super Bowl XXXII, San Diego, California, January 25, 1998
- Medical Support Physician, Suzuki Rock-n-Roll Marathon, San Diego, California, June 21, 1998
- Marketing Director, California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, 1998-99
- Member, Program Committee, CAL/ACEP Scientific Assembly, 1998-99
- Howard Hughes Foundation Undergraduate Preceptor, 1998, 1999
- Co-editor, Pearls from PAC Newsletter, 1998-2000
- Preceptor, Introduction to Clinical Medicine 201-B, UCSD School of Medicine, 1999
- EMS Team Leader, San Diego County Metropolitan Medical Strike Team, 1999
- Co-Chair, Program Committee, CAL/ACEP Scientific Assembly, 1999-2000 and 2000-01
- Member, San Diego County Bio-Terrorism Planning Group, 1999-2003
- Moderator, EMS Poster Section, Western Regional Society for Academic Emergency Medicine Conference, Portland, Oregon, April 2000
- Preceptor, California State University Dominguez Hills Statewide Nursing Program, 2000
- Affiliate Faculty, Southwestern College Paramedic Training Program, 2000-03

PREVIOUS ACTIVITIES, continued:

    Medical Director, EPIC "Eliminate Preventable Injuries of Children" Medics, San Diego County, 2000-03

    San Diego Port District AED (Automated External Defibrillator) Program RPF Panel, 2001

    Peer Reviewer, *Pediatric Emergency Medicine Reports*, 2001

    Reviewer, Scientific Abstract Presentations, CAL/ACEP Scientific Assembly, 2001-02

    Member, Board of Directors, CAL/ACEP, 2001-03

    Moderator, Western Regional SAEM Research Presentations, San Diego, California, April 2002

    Clinical Coordinator, Southwestern College Emergency Medical Technician Program, 2001-03

    Santa Clara County/Regional Medical Center Trauma Designation Review Committee, 2004

    San Diego County Health Services Capacity Issues Task Force, 2002-06

    San Diego Regional Safety Consortium Inter-facility Transfer Protocol Task Force, 2004-06

    San Diego Regional Fire Prevention Emergency Preparedness Task Force, 2004-2006

    San Diego County Task Force on Fire Prevention, 2004-06

    President-Elect, EMS Medical Director's Association of California, 2005-06

    Medical Director, San Diego County Metropolitan Medical Strike Team, 1998-2008

    American College of Emergency Physicians (ACEP) Task Force on Excited Delirium Syndrome 2009-10

    National Institute of Justice Task Force on Excited Delirium, 2011

    Member, Disaster Medical Assistance Team (CA-4), 1994-2011

    Operations Committee, San Diego County Metropolitan Medical Strike Team, 1998-2010

CURRENT UCSD COMMITTEE MEMBERSHIPS:

Research Committee, Department of Emergency Medicine, 1997

UCSD Faculty Association, 2002

Quality Improvement/Peer Review Committee, Department of Emergency Medicine, 2002

UCSD Academy of Clinician Scholars Executive Committee, 2005

UCSD Medical Staff Executive Committee, 2007

Chair, UCSD Medical Risk Management Committee, 2012

Chair, UCSD Allocation Committee, 2012

UCSD Significant Events Committee, 2012

Rady Children's Root Cause Analysis Committee, Ad hoc, 2012

Co-Chair, UCSD/Rady Children's Joint Risk Management Committee (JRMC), 2013

UCSD Patient Experience Executive Committee, 2013

UCSD Faculty Leadership Group, 2014

Patient Advocacy Reporting System (PARS) Oversight Team, 2014

Rady Children's Emergency Department Faculty Search Committee, 2015

UCSD Department of Emergency Medicine Clinical Operations Committee, 2016

UCSD Department of Emergency Medicine Executive Committee, 2016

UCSD Department of Emergency Medicine Management Committee, 2016

UCSD Department of Emergency Medicine/Psychiatric Committee, 2016

UCSD Hillcrest Emergency Department Patient Flow Task Force, 2016

UCSD Health System Grievance Committee, 2016

UCSD Threat Assessment Management Committee, 2016

PREVIOUS UCSD COMMITTEE MEMBERSHIPS:

    UCSD Department of Emergency Medicine Academic Affairs Committee, 2013-15

    President, UCSD Academy of Clinician Scholars, 2013-15

    UCSD Board of Governor's Committee, 2013-15

    UCSD Academic Senate Representative Assembly, Alternate, 2011-13

    UCSD Sheriff Managed Care Oversight Committee

    Ladder Rank Recruitment Committee, UCSD Department of Emergency Medicine, 2013

    UCSD Medical Staff Bylaws Work Group, 2014

    Chair, Emergency Department Staffing Committee of Process Action Team, 1994-95

    Hospital Infection Control Committee, 1994-95

    Emergency Medicine Housestaff Association Representative, 1994-96

    Emergency Department Clinical Practices Committee, 1994-96

    Emergency Department Peer Review/Quality Assurance Committee, 1995-96

    Emergency Department Critical Care Room Process Action Team, 1996

    Paramedic/Emergency Department Interface Task Force, 1998-99

    Emergency Department Staffing Committee, Department of Emergency Medicine, 1999

    Credentials Committee, 1997-2000

    Faculty Search Committee, Department of Emergency Medicine, 1999, 2000, 2002

    Medical Director's Group, 1997-2002

    Patient Care Review Committee, 2003

    Medical Risk Management Committee, 2002-07

    Patient Improvement and Outcome Committee, 2003-05

    Medical Staff Executive Committee Reorganization Ad Hoc Committee, 2005-2006

    UCSD Phasing Strategy Ad Hoc Committee, 2005-06

    Clinical Representative, Trauma Quality Assurance Program, 1998-2006

    Vice Chief of Staff, UCSD Medical Center, 2007-2009

    UCSD/San Diego Sheriff Security Working Group, 2003-10

    Chief of Staff, UCSD Medical Center, 2009-2012

    Vice-Chair, Quality Council Committee, 2009-2012 (member since 2003)

    Chair, Medical Staff Executive Committee, 2009-2012

    UCSD Governance Advisory Committee, 2009-2012

PREVIOUS UCSD COMMITTEE MEMBERSHIPS, continued:

UCSD Department of Medicine Clinical Operations Redesign Enterprise (CORE) Initiative Team, 2009-2012

Director of Risk Management Selection Committee, 2007

Chair, Medical Risk Management Committee, 2003-07 (member since 2002)

Medical Risk Management Executive Committee, 2003-07

UCSD Medical Center Allocation Committee 2005-07

Patient Safety Committee, 2003-07

Vice Chair, Medical Staff Executive Committee, 2007-09

Chair, Patient Care and Peer Review Committee, 2007-09 (member since 2005)

Trauma Multidisciplinary Committee, 2000-09

Department of Medicine Committee on Advancement and Promotions (DOMCAP), 2007-09

Vice Chair, Quality Council Committee, 2009-2012

UCSD Medical Center Syncope Task Force, 2010-11

UCSD Director of Risk Management Selection Committee, 2012

Secretary-Treasurer, UCSD Academy of Clinician Scholars, 2005-12

UCSD Root Cause Analysis Committee, 2013

UCSD Department of Emergency Medicine Chair Selection Committee, 2012-13

UCSD Department of Emergency Medicine Faculty Coverage Committee, 2012-13

UCSD Integrated Delivery Network Design Team, 2012-13

UCSD Department of Emergency Medicine Patient Satisfaction Committee, 2012-13

UCSD Department of Emergency Medicine Faculty Search Committee, 2013

CURRENT COMMITTEE MEMBERSHIPS:

American Academy of Emergency Physicians, Clinical Practice Committee, 2011

Carlsbad Fire Department EMS Oversight Committee, 2013

San Diego County Base Station Physicians' Committee, 2013

PREVIOUS COMMITTEE MEMBERSHIPS:

- Practice Management Committee, CAL/ACEP, 1994-95
- Committee on Prehospital Stroke Triage, San Diego County Medical Society, 1998
- Research Subcommittee, San Diego County Prehospital Audit Committee, 1997-99
- Prehospital RSI Task Force, San Diego County Prehospital Audit Committee, 1997-99
- Chair, San Diego County Prehospital Audit Committee, 1998-2000
- San Diego County Pediatric CPR Task Force, 1999-2000
- San Diego Sheriff's Source Selection Committee, 2000
- Steering Committee, San Diego County Metropolitan Medical Strike Team, 1998-2001
- Program Committee, CAL/ACEP Scientific Assembly, 1998-2001 (Co-Chair for 1999-2001)
- Awards Committee, CAL/ACEP Scientific Assembly, 1999-2001
- EMS Committee, San Diego County Metropolitan Medical Strike Team, 1999-2001
- San Diego Metropolitan Medical Response System Bio-Terrorism Planning Group, 1999-2001
- San Diego County EMS QA Net Prehospital Design Steering Committee, 2000-01
- Chair, CPR Subcommittee, San Diego County Prehospital Audit Committee, 1998-2002
- San Diego County SIPs (Serial Inebriate Program) Task Force, 2000-02
- Task Force Leader, CAL/ACEP Scientific Assembly, 2001-02
- Chair, Training Committee, San Diego County Metropolitan Medical Strike Team, 2001-02
- Co-Chair, EMS Committee, CAL/ACEP, 2001-02
- Policy Committee, CAL/ACEP, 2001-02
- Chair, Research Subcommittee, San Diego County Prehospital Audit Committee, 2000-02
- Governmental Affairs Committee, CAL/ACEP, 2001-02
- Didactic Subcommittee, SAEM Program Committee, 2001-02
- Program Mgmt Committee, San Diego County Metropolitan Medical Strike Team, 2001-03
- Air Medical Transport Section, American College of Emergency Physicians, 2001-03
- San Diego County Sheriff's Mortality Review Committee, 2001-03
- San Diego County Sheriff's Pharmacy and Therapeutics Committee, 2001-03
- City of San Diego EMS Physicians' Advisory Committee, 1998-2006
- City of San Diego Prehospital Cardiac Advisory Committee, 1998-2006
- Education Committee, CAL/ACEP, 2000-03
- SAEM EMS Interest Group, 2001-2006 (Co-chair 2003-04)

PREVIOUS COMMITTEE MEMBERSHIPS, continued:

    San Diego County EMS for Children (EMSC) Advisory Committee, 2002-05
    Scientific Subcommittee, SAEM Program Committee, 2002-05
    Police Executive Research Forum Task Force on Conductive Energy Weapons Use, 2005
    San Diego County EMS for Children (EMSC) Advisory Committee, 2002-05
    Scientific Subcommittee, SAEM Program Committee, 2002-05
    Member-at-large, EMDAC Officer Board, 2004-05
    San Diego County Fire Chief's Association, 2004-06
    San Diego County Sheriff's Helicopter Program Ad Hoc Advisory Committee, 2004-06
    Chair, San Diego County HRSA Work Group, 2004-06
    San Diego County Regional Helicopter Advisory Committee, 2004-06
    San Diego County HRSA Executive Steering Committee, 2004-06
    San Diego County Critical Care Transport Working Group, 2005-06
    San Diego County Prehospital Patient Record IT Steering Committee, 2005-06
    San Diego County Cardiac Advisory Committee, 2005-06
    San Diego County Stroke Advisory Committee, 2005-06
    San Diego County Emergency Medical Care Committee, 2006
    Co-Chair, San Diego County Medical Society EMS Medical Oversight Committee, 2002-2006
    Chair, EMS Committee, American Academy of Emergency Medicine California Chapter, 2000-06
    EMS Medical Director's Association of California, 2002-06
    San Diego County Trauma Administrators Committee, 2002-06
    Chair, San Diego County EMS Research Committee, 2002-06
    Chair, San Diego County Paramedic Protocol Revision Committee, 2002-06
    San Diego County Public Health Services Physicians Group, 2003-06
    SAEM EMS Interest Group, 2001-2006 (Co-chair 2003-04)
    San Diego County Healthcare Advisory Committee on Terrorism, 2003-06
    San Diego County Paramedic Training Joint Advisory Committee, 2000-06
    San Diego County Public Health Preparedness Team, 2001-06
    EMS Section, American College of Emergency Physicians, 2001-06
    Chair, San Diego County Aeromedical Protocol Committee, 1998-2006
    San Diego County Committee on Pediatric Emergency Medicine, 1998-2006

PREVIOUS COMMITTEE MEMBERSHIPS, continued:

    San Diego County Base Hospital Physicians Committee, 1997-2006

San Diego County Trauma Audit Committee, 1997-2006
San Diego County Prehospital Audit Committee, 1997-2006
EMS Medical Director's Association of California, 2002-06
SAEM Program Committee, 2001-2007
Chair, Photography Subcommittee, SAEM Program Committee, 2002-2007
Training Committee, San Diego County Metropolitan Medical Strike Team, 2001-09
San Diego BEACON/EMS Hub Technical Committee, 2012-13
San Diego Central Jail Quality Assurance Committee, 1999-2013
San Diego Central Jail Medical Oversight Committee, 1999-2013
Resuscitative Outcomes Consortium (ROC) Executive Committee, 2014-15
Resuscitative Outcomes Consortium (ROC) EMS Operations Committee, 2014-15
Resuscitative Outcomes Consortium (ROC) Management Committee, 2014-15
Resuscitative Outcomes Consortium (ROC) Hospital Practices Cardiac Committee, 2014-15
Resuscitative Outcomes Consortium (ROC) Publications Committee, 2014-15
Resuscitative Outcomes Consortium (ROC) Cardiac Committee, 2014-15
Resuscitative Outcomes Consortium (ROC) Trauma Committee, 2014-15

CURRENT FUNDED RESEARCH:

1. Co-Investigator with Edward Castillo (PI) for study entitled, "Acute Home Care as an Alternative to Inpatient Admission from the Emergency Department". Funded by the Gary and Mary West Health Institute, 2015 – 2016. Amount: $499,125.

2. Co-Investigator with Theodore Chan (PI) for study entitled, "The Gary and Mary West Geriatric Center of Excellence (West COE): Phase 1 Research Development". Funded by the Gary and Mary West Health Institute, 2015-2016. Amount: $243,610.

PREVIOUS FUNDED RESEARCH:

1. Co-Investigator with Tom Neuman (PI) for evaluation of positional asphyxia in the hobble restraint position, funded by the County of San Diego, 1995--$33,900

2. Co-Investigator, with Theodore Chan (PI), for evaluation of the Melker percutaneous cricothyrotomy kit in human cadavers, funded by Cook Medical Products, 1997--$10,000

3. Co-Investigator with John Eisele (PI) for the evaluation of positional asphyxia in the hobble restraint position with weight on subjects' backs, funded by the American Academy of Forensic Sciences, 1998--$2,500

4. Co-Investigator, with Theodore Chan (PI), for study entitled, "The Impact of Oleoresin Capsicum Spray on Respiratory Function in Human Subjects in the Sitting and Prone Maximal Restraint Positions." Study funded by the National Institute of Justice, U.S. Department of Justice, 1998-99. UCSD No. 98-7107; USDOJ Federal Award #98-IJ-CX-0079. Amount: $128,176

5. Principle Investigator (PI) for study entitled "Evaluation of Hurricaine anesthetic in patients with dyspepsia" funded by Beutlich Pharmaceuticals for, 2001. Amount: $1,500

6. Co-Investigator, with Theodore Chan (PI), for evaluation of the Melker percutaneous cricothyrotomy kit in human cadavers, funded by Cook Medical Products, 2003. Amount: $12,000

7. Co-Investigator, with David Hoyt (PI) for the Resuscitation Outcomes Consortium: UCSD / San Diego Resuscitation Research Center, funded by the NIH, 9/1/04 to 6/30/09. UO1 HL077908. Amount: $2,250,522

8. Co-Principal Investigator (Co-PI), with Theodore Chan, for study entitled, "The effect of Taser on Cardiac, Respiratory and Metabolic Physiology in Human Subjects." Study funded by the National Institute of Justice, U.S. Department of Justice, 10/1/2005 to 9/30/2007. UCSD No. 2006-0846; USDOJ Federal Award #98-IJ-CX-0079. Amount: $213,941.4

9. Co-Investigator, with Daniel Davis (PI) for the study entitled, "ROC Interventional Trials: Hypertonic Resuscitation for Traumatic Injury, Trauma Epistry, PRIMED", funded by the NIH, 7/1/06 to 6/30/08. UO1 HL077863. Amount: $331,320

10. Co-Investigator, with Daniel Davis (PI) for the, "ROC Cardiac Epistry", funded by the AHA, 7/1/06 to 6/30/08. Amount: $133,427

11. Co-Investigator, with Theodore Chan (PI) for study entitled, "Multi-Center Study of the Impact of Nurse-Patient Ratios on Emergency Department Overcrowding." funded by the Emergency Medicine Foundation, 7/1/07 to 6/30/08. Amount: $50,000

12. Principal Investigator (PI) for study entitled, "Evaluation of the Ventilatory and Respiratory Effects of a Restraint Chair on Human Subjects." Funded by the Institute for the Prevention of In-Custody Deaths, Inc, 1/1/07 to 12/31/07. Amount: $11,658

PREVIOUS FUNDED RESEARCH (cont):

13. Co-Investigator, with Edward Castillo (PI) for study entitled, "California ED Diversion Project Evaluation." funded by the California Healthcare Foundation, 5/15/08 to 10/15/08. Amount: $50,990

14. Principal Investigator (PI) for study entitled, "Ventilatory Effects of Prone Restraint on Obese Human Subjects." Funded by the Institute for the Prevention of In-Custody Deaths, Inc, 1/1/09 to 12/31/09. Amount: $13,423

15. Principal Investigator (PI) for study entitled, "FAST TRAC: Finding ACS with Serial Troponin Testing for Rapid Assessment." Funded by the Nanosphere, Inc. 2/1/09 to 2/1/11. Amount: $85,000

16. Principal Investigator (PI) for study entitled, "CHOPIN: Copentin Helps in the Early Detection of Patients with Acute Myocardial Infarction." Funded by Brahms AG, 8/1/09 to 8/1/12. Amount: $103,950

17. Co-Investigator, with Christine Hall for the study titled, "RESTRAINT - Risk of dEath in Subjects That Resisted: Assessment of Incidence and Nature of faTal events", funded by the Vancouver Island Health Authority. 7/1/09 to 6/30/11. Amount $50,000

18. Co-Investigator for study titled "STAT MERCURY: Studying the Treatment of Acute HyperTension: A Multicenter EmeRgency Department Clevidipine Utilization RestrY" funded by the Medicines Company, 7/27/10 to 11/1/11. Amount $1400

19. Co-Investigator for study titled "A Phase II, Randomized, Double-blind, Placebo-controlled Study to Evaluate the Safety and Efficacy of MN-221 when Administered Intravenously as an Adjunct to Standard Therapy to Adults with an Acute Exacerbation of Asthma." Study funded by MediciNova, Inc. 1/1/11 to 1/31/12. Amount $50,000

20. Principle Investigator for study titled "AKINESIS: Acute Kidney Injury N-gal Evaluation of Symptomatic heart failure." Study funded by Alere and Abbott, 4/1/11 to 6/30/12. Amount $32,000

21. Principle Investigator for study titled "Evaluation of Ecallantide (DX-88) for the Acute Treatment of Angiotensin Converting Enzyme Inhibitor Induced Angioedema, a Phase II, double-blind study. Study funded by Dyax Corporation. 4/1/11 to 6/30/12. Amount $20,000

22. Principle Investigator for study titled "REAL: Rapid Evaluation of Acute Kidney Injury with NGAL in Acutely Ill Patients in the ICU." Study funded by Alere, 5/1/11 to 6/30/12. Amount $74,435

23. Principle Investigator for study titled "A Multi-Center, Open-Label, Surveillance Trial to Evaluate the Safety and Efficacy of a Shortened Infusion Time of Intravenous Ibuprofen Protocol CPI-CL-015." Study funded by Cumberland Pharmaceuticals, Inc., 6/1/11 to 6/30/12. Amount $50,000