UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
ALEX AGUILAR, JR., and P.A.,    )
by and through her Guardian     )
Ad Litem, Florence Ahumada,     )
AND THE ESTATE OF ALEX          )
AGUILAR, SR.,                   )   NO. CV 17-04382
                                )       -CBM(MRWx)
          Plaintiffs,           )
                                )
     VS.                        )
                                )
CITY OF LOS ANGELES, ET AL.,    )
                                )
          Defendants.           )
_____)
```

DEPOSITION OF GARY MICHAEL VILKE, M.D.

Pasadena, California

Tuesday, June 5, 2018

REPORTED BY:

JOHN M. TAXTER
CSR NO. 3579, RPR

JOB NO.
91935KAY

**GARY VILKE, M.D. - June 5, 2018**
**AGUILAR VS. CITY OF LOS ANGELES, ET AL.**

| | | |
|---|---|---|
| 1 | Q    Okay.  And what about with people who have | 13:21:59 |
| 2 | a tolerance?  People who have a tolerance with | 13:22:01 |
| 3 | controlled substances, they're less likely to engage | 13:22:05 |
| 4 | in irrational behavior, potentially, with a lower | 13:22:08 |
| 5 | level of -- of methamphetamine or other narcotics; | 13:22:11 |
| 6 | correct? | |
| 7 | A    It -- again, that varies individual to | 13:22:17 |
| 8 | individual -- | 13:22:19 |
| 9 | Q    Exactly. | 13:22:19 |
| 10 | A    -- but -- one would expect that, but the | 13:22:20 |
| 11 | reality is we see people who are chronic users who | 13:22:22 |
| 12 | do impulsive things with barely using any drugs and | 13:22:26 |
| 13 | not understanding why it happens.  So things happen | 13:22:29 |
| 14 | because of impulsivity.  It's not -- it's not a | 13:22:33 |
| 15 | level issue. | 13:22:34 |
| 16 | Q    And when you say you see, your pool of | 13:22:35 |
| 17 | individuals that you're observing are people brought | 13:22:38 |
| 18 | to the ER; correct? | 13:22:41 |
| 19 | A    And to the jail.  I've taken care of | 13:22:43 |
| 20 | thousands of people who have used meth, you know, | 13:22:46 |
| 21 | shortly and chronically. | 13:22:48 |
| 22 | Q    You're not necessarily privy to people who | 13:22:50 |
| 23 | are -- have some level of controlled substances | 13:22:54 |
| 24 | in -- in their body and they're actually acting in | 13:22:57 |
| 25 | a -- in a non-erratic way. | 13:23:01 |

**GARY VILKE, M.D. - June 5, 2018**
**AGUILAR VS. CITY OF LOS ANGELES, ET AL.**

| | | |
|---|---|---|
| 1 | They're not brought to your attention | 13:23:03 |
| 2 | because they wouldn't call a doctor in those | 13:23:05 |
| 3 | circumstances; correct? | 13:23:07 |
| 4 |    A   There are people who use methamphetamine | 13:23:10 |
| 5 | that have it in their system that may not be acting | 13:23:13 |
| 6 | in an irrational manner.  I think we acknowledge | 13:23:16 |
| 7 | that that does happen.  I'm saying it commonly does | 13:23:19 |
| 8 | happen that people will be more irrational on these | 13:23:22 |
| 9 | drugs, but it's not that you have to be irrational, | 13:23:25 |
| 10 | if you are using the drugs. | 13:23:28 |
| 11 |    Q   And my point is that, when you are making | 13:23:29 |
| 12 | this conclusion about that it's commonly causing | 13:23:31 |
| 13 | them to act erratic, your study group that you are | 13:23:34 |
| 14 | making this assessments from are people who are | 13:23:37 |
| 15 | actually brought to your attention because they're | 13:23:42 |
| 16 | engaged -- they're acting in a manner that's -- that | 13:23:44 |
| 17 | seems to demonstrate they're under the influence of | 13:23:48 |
| 18 | a controlled substance; correct? | 13:23:50 |
| 19 |    A   Well, it's part of the population.  I also | 13:23:54 |
| 20 | see a lot of them at the jail who have done the same | 13:23:56 |
| 21 | things, but they're not currently under active drug | 13:23:59 |
| 22 | use. | 13:24:02 |
| 23 |    Q   So you're saying these other people in the | 13:24:02 |
| 24 | jail, they're not under the influence of drugs, but | 13:24:05 |
| 25 | they are acting in an erratic, irrational manner, as | 13:24:08 |

**GARY VILKE, M.D. - June 5, 2018**
**AGUILAR VS. CITY OF LOS ANGELES, ET AL.**

| | | |
|---|---|---|
| 1 | well? | |
| 2 | A    No.  They -- they have gone and acted in | 13:24:11 |
| 3 | irrational manners or erratic manners but are no | 13:24:14 |
| 4 | longer under the influence, so I'm not seeing them | 13:24:19 |
| 5 | just in their acute phase, if that's what you're | 13:24:20 |
| 6 | inferring, from the emergency department.  I've seen | |
| 7 | people in the subacute phase. | 13:24:23 |
| 8 | Q    So in the subacute phase it's not | 13:24:23 |
| 9 | necessarily the methamphetamine that's influencing | 13:24:26 |
| 10 | them because it's not acute anymore.  They're just | 13:24:28 |
| 11 | acting in an irrational and erratic manner. | 13:24:31 |
| 12 |          MS. KHANYAN:  Objection.  Misstates his | 13:24:34 |
| 13 | testimony. | 13:24:36 |
| 14 |          THE WITNESS:  I'm not talking about their | 13:24:37 |
| 15 | behavior.  Their behavior is improved, but they | 13:24:38 |
| 16 | report that they've had erratic behavior.  So that's | 13:24:40 |
| 17 | what got them into trouble, using the drugs.  But | 13:24:42 |
| 18 | they -- I didn't actually see them in the emergency | 13:24:45 |
| 19 | because they weren't brought there for that. | 13:24:47 |
| 20 | BY MR. KAYE: | 13:24:49 |
| 21 | Q    Oh.  So you're in the jail engaged in | 13:24:50 |
| 22 | interviews, and they are making -- self-reporting | 13:24:51 |
| 23 | that they engaged in erratic behavior based on the | 13:24:53 |
| 24 | fact that they were under the influence of a | 13:24:56 |
| 25 | controlled substance at another time? | 13:24:58 |

**GARY VILKE, M.D. - June 5, 2018**
**AGUILAR VS. CITY OF LOS ANGELES, ET AL.**

| | | |
|---|---|---|
| 1 | A    Right.  Running around naked in public | 13:25:00 |
| 2 | doesn't get them to the emergency department.  It | 13:25:02 |
| 3 | gets them to jail on methamphetamine through | 13:25:04 |
| 4 | erratic, impulsive behavior, but it doesn't rise to | |
| 5 | the level necessarily of being seen by an ER | 13:25:08 |
| 6 | physician.  But I'll see these people -- people in | 13:25:10 |
| 7 | the jail.  So that's -- that's part of the | 13:25:12 |
| 8 | population I'm referring to. | 13:25:14 |
| 9 | Q    Okay.  So I just want to understand the | 13:25:15 |
| 10 | population that is the basis for your -- your actual | 13:25:18 |
| 11 | opinion.  The first one are people in the emergency | 13:25:20 |
| 12 | room that are acting in a way that demonstrates that | 13:25:22 |
| 13 | they're under the influence of a controlled | 13:25:25 |
| 14 | substance. | 13:25:26 |
| 15 |      The other people are in the jail setting | 13:25:29 |
| 16 | who have been -- who have engaged in previously, and | 13:25:32 |
| 17 | now they're in the subacute phase -- they've engaged | 13:25:35 |
| 18 | in erratic behavior and they're self-reporting. | 13:25:39 |
| 19 |      That's -- those are the two populations | 13:25:40 |
| 20 | that make up your determination right now, your | 13:25:42 |
| 21 | conclusion? | 13:25:46 |
| 22 | A    That -- that form my opinion that this is a | 13:25:47 |
| 23 | common behavior that we see, yes. | 13:25:49 |
| 24 | Q    Okay.  Thank you.  So, again, if you look | 13:25:51 |
| 25 | at your line 2 of page 10, you say: | 13:26:00 |

GARY VILKE, M.D. - June 5, 2018
AGUILAR VS. CITY OF LOS ANGELES, ET AL.

```
 1              "Mr. Aguilar stuffed a baggy of            13:26:06
 2         drugs down his throat despite the               13:26:08
 3         fact the fact that a rational person            13:26:10
 4         would likely realize it was too large           13:26:12
 5         to easily swallow."                             13:26:14
 6              Again, if -- well, first of all, you're not 13:26:16
 7    a psychologist or a psychiatrist; correct?           13:26:20
 8       A    I am not a Board certified psychiatrist.     13:26:26
 9    Correct.                                             13:26:29
10       Q    And you have -- your -- your opinion with    13:26:29
11    regard to what a rational person would do is not     13:26:34
12    based on any kind of specific expertise, other than  13:26:39
13    your experience as an ER doctor and experience as a  13:26:46
14    human being; correct?                                13:26:49
15       A    And taking care of thousands of psychiatric  13:26:53
16    patients, as well, if you're referring to rational   13:26:56
17    and irrational behavior.                             13:26:59
18       Q    Okay.                                        13:27:01
19       A    So -- but -- but beyond that, that's --      13:27:02
20    that's where I get my expertise from.                13:27:03
21       Q    Okay.  And do you have any kind of degree    13:27:05
22    reflecting psychiatry or psychology?                 13:27:07
23       A    Degree, no.                                  13:27:10
24       Q    Okay.  And you have no knowledge reflecting  13:27:11
25    what -- whether it was rational for Mr. Aguilar to   13:27:17
```

**GARY VILKE, M.D. - June 5, 2018**
**AGUILAR VS. CITY OF LOS ANGELES, ET AL.**

| | | |
|---|---|---|
| 1 | try and put a piece -- a bindle in his mouth; right? | 13:27:23 |
| 2 | You don't know about him in particular, what was | 13:27:27 |
| 3 | going on in his mind? | 13:27:29 |
| 4 |       MS. KHANYAN:  Objection.  Incomplete | 13:27:31 |
| 5 | hypothetical. | 13:27:32 |
| 6 |       THE WITNESS:  I don't know what was going | 13:27:32 |
| 7 | on in his mind at the time that he did that. | 13:27:33 |
| 8 | Correct. | 13:27:36 |
| 9 | BY MR. KAYE: | 13:27:36 |
| 10 |   Q  So -- and we've also gone through -- would | 13:27:36 |
| 11 | you deem it irrational to be able to just place the | 13:27:39 |
| 12 | bindle in the mouth rather than -- in order to hide | 13:27:44 |
| 13 | it from law enforcement rather than swallowing it? | 13:27:49 |
| 14 |   A  You're asking me if I think that would be | 13:27:55 |
| 15 | irrational, let's say.  To think you're going to get | 13:27:57 |
| 16 | away with hiding a large bindle in your mouth would | 13:28:00 |
| 17 | not be a rational decision, so I would say "yes." | 13:28:04 |
| 18 |   Q  Well, that's a question of having the | 13:28:06 |
| 19 | insight. | 13:28:07 |
| 20 |       If nobody saw him putting it in his | 13:28:08 |
| 21 | mouth -- correct? -- and he was there -- then | 13:28:10 |
| 22 | arrested and brought into custody, wouldn't that be | 13:28:13 |
| 23 | "rationalable" -- a rational means of trying to | 13:28:16 |
| 24 | avoid detection? | 13:28:19 |
| 25 |       MS. KHANYAN:  Objection.  Incomplete | 13:28:20 |

**GARY VILKE, M.D. - June 5, 2018**
**AGUILAR VS. CITY OF LOS ANGELES, ET AL.**

| | | |
|---|---|---|
| 1 |       MS. KHANYAN:  Objection.  Incomplete | 13:29:30 |
| 2 | hypothetical. | 13:29:32 |
| 3 |       THE WITNESS:  My answer would stand.  Yes. | 13:29:35 |
| 4 | So you're in the middle of a strip search and you're | 13:29:37 |
| 5 | putting something in your mouth.  That -- that would | 13:29:39 |
| 6 | still be not a rational place to try to hide it, | 13:29:41 |
| 7 | ultimately. | 13:29:44 |
| 8 | BY MR. KAYE: | 13:29:45 |
| 9 |    Q   Are these opinions about whether | 13:29:45 |
| 10 | Mr. Aguilar's actions were rationally based -- are | 13:29:47 |
| 11 | they based on your medical training or expertise? | 13:29:50 |
| 12 |    A   Certainly, I have a lot of expertise in | 13:29:57 |
| 13 | behaviors that occur with certain drugs and | 13:30:00 |
| 14 | individuals and psychiatric disorders and people | 13:30:03 |
| 15 | without drugs, so I certainly have a background of | 13:30:05 |
| 16 | that where I see a cross-section of humanity that's | 13:30:09 |
| 17 | different than the average person.  So I think there | 13:30:13 |
| 18 | is some background and expertise from my medical | 13:30:16 |
| 19 | training and experience. | 13:30:18 |
| 20 |    Q   Have you ever taken any courses or any, you | 13:30:18 |
| 21 | know, continuing education that would specifically | 13:30:22 |
| 22 | focus on the rationality of a person in a jail | 13:30:24 |
| 23 | situation of hiding drugs? | 13:30:30 |
| 24 |    A   I've certainly been at CMEs where we've | 13:30:34 |
| 25 | talked about behaviors that happened in the jail, | 13:30:38 |

GARY VILKE, M.D. - June 5, 2018
AGUILAR VS. CITY OF LOS ANGELES, ET AL.

| | | |
|---|---|---|
| 1 | the way things happen where people do things and | 13:30:39 |
| 2 | what happens when they're under the influence of | 13:30:43 |
| 3 | drugs that are sort of mind altering or psychiatric | 13:30:45 |
| 4 | disorders, the perceptions that -- the perceptions | 13:30:48 |
| 5 | that are altered.  So I have had some education in | 13:30:49 |
| 6 | those areas. | 13:30:51 |
| 7 |     Q    And has there ever been any course that | 13:30:51 |
| 8 | focused specifically on the rationality of hiding | 13:30:54 |
| 9 | drugs? | 13:30:58 |
| 10 |     A    Focused?  I think, in part, it's -- I have | 13:31:00 |
| 11 | had, you know, some training on the -- where people | 13:31:04 |
| 12 | hide them, under what circumstances they hide them, | 13:31:06 |
| 13 | but as far as what's going on in their heads, not | 13:31:10 |
| 14 | necessarily. | 13:31:14 |
| 15 |     Q    Okay.  And have you ever -- you -- you say | 13:31:15 |
| 16 | that it was irrational. | 13:31:22 |
| 17 |     The esophagus is -- has -- unlike the | 13:31:24 |
| 18 | trachea is a much more expansive organ; correct? | 13:31:28 |
| 19 |     A    It has more pliability or flexibility than | 13:31:32 |
| 20 | the trachea.  Correct. | 13:31:35 |
| 21 |     Q    And with regard to -- have you -- have you | 13:31:36 |
| 22 | ever seen a person successfully swallow an object of | 13:31:53 |
| 23 | relatively the same size as this bindle? | 13:32:00 |
| 24 |     A    I've seen thinner objects successfully | 13:32:04 |
| 25 | swallowed, pencils and knives, but not necessarily | 13:32:08 |

**GARY VILKE, M.D. - June 5, 2018**
**AGUILAR VS. CITY OF LOS ANGELES, ET AL.**

| | | |
|---|---|---|
| 1 | likely were altering his ability to | 13:35:06 |
| 2 | think and function rationally and | 13:35:09 |
| 3 | clearly." | 13:35:10 |
| 4 | So first of all, people who are completely | 13:35:11 |
| 5 | rational -- you have apparently some crime -- | 13:35:16 |
| 6 | criminal exposure.  People who are completely | 13:35:19 |
| 7 | rational who are engaged in criminal conduct, they | 13:35:23 |
| 8 | don't necessarily comply with the directions of the | 13:35:27 |
| 9 | officers. | 13:35:29 |
| 10 | Is that -- is that your experience? | 13:35:29 |
| 11 | A    That's a -- that's a fair statement.  It | 13:35:33 |
| 12 | does happen. | 13:35:35 |
| 13 | Q    And they're acting in a -- perhaps not to | 13:35:36 |
| 14 | their best interest, but they're acting rationally. | 13:35:38 |
| 15 | They're not deemed, because they're not cooperating, | 13:35:41 |
| 16 | that they're acting irrationally. | 13:35:44 |
| 17 | Isn't that fair? | 13:35:46 |
| 18 | A    I think it would be circumstance by | 13:35:46 |
| 19 | circumstance, you know. | 13:35:49 |
| 20 | Q    Right.  But theoretically, it's possible? | 13:35:49 |
| 21 | A    Theoretically, it's possible.  Sure. | 13:35:51 |
| 22 | Q    And when you say "the drugs in his system | 13:35:55 |
| 23 | likely were altering his ability to think and | 13:36:00 |
| 24 | function rationally and clearly," now, first of all, | 13:36:02 |
| 25 | we know that you can't make a determination based on | 13:36:06 |

**GARY VILKE, M.D. - June 5, 2018**
**AGUILAR VS. CITY OF LOS ANGELES, ET AL.**

| | | |
|---|---|---|
| 1 | his -- the -- the -- the measurement of the drugs in | 13:36:10 |
| 2 | his system. | 13:36:17 |
| 3 | So are you making this determination solely | 13:36:18 |
| 4 | on the -- the behavior itself; that the fact that | 13:36:20 |
| 5 | he's acting, according to these reports, a little | 13:36:24 |
| 6 | fidgety and then he's engaged in this swallowing, | 13:36:28 |
| 7 | you're making this determination that it was the | 13:36:32 |
| 8 | drugs that caused him to attempt to swallow this? | 13:36:35 |
| 9 | MS. KHANYAN:  Objection.  Misstates his | 13:36:38 |
| 10 | testimony. | 13:36:40 |
| 11 | THE WITNESS:  That the behavior is part of | 13:36:41 |
| 12 | the reason with the positive drug screen that shows | 13:36:42 |
| 13 | some effect of the drugs on his system, on his | 13:36:45 |
| 14 | physiology, and that we know that drugs have a | 13:36:48 |
| 15 | mind-altering effect on people.  So it's not | 13:36:53 |
| 16 | completely clear, not -- clearly, you're not in your | 13:36:56 |
| 17 | best state of mind. | 13:36:59 |
| 18 | That's why you asked me the question at the | 13:37:00 |
| 19 | beginning of the deposition, "Are you in the best | 13:37:02 |
| 20 | position?  Do you take medication?" | 13:37:05 |
| 21 | Those types of things are asked.  It's not | 13:37:07 |
| 22 | your clear state of mind.  That's what I'm referring | 13:37:10 |
| 23 | to. | 13:37:13 |
| 24 | BY MR. KAYE: | 13:37:13 |
| 25 | Q    What do you mean by "likely," "likely were | 13:37:14 |