1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14

ALEX AGUILAR, JR., and P.A., by and through her Guardian Ad Litem, Florence Ahumada, AND THE ESTATE OF ALEX AGUILAR, SR.,

15
16

            Plaintiffs,

v.

17
18

CITY OF LOS ANGELES, ET AL.,

19

            Defendants.

20

CASE NO.
CV 17-04382-CBM (MRWX)

**JUDGMENT  [444] [JS-6]**

Trial:  February 8, 2023

21
22
23
24

        This action having been tried by a jury with the Honorable Judge Consuelo B. Marshall presiding, and the jury having duly rendered its unanimous verdict, **IT IS ORDERED, ADJUDGED, and DECREED**:

25
26

        1.      That Judgment is entered in favor of Plaintiff Estate of Alex Aguilar Sr.[1] against Defendants City of Los Angeles, Matthew Medina, and Sergio Melero

27
28

        [1] The decedent in this case is identified herein as "Alex Aguilar Sr."  The plaintiffs in this case are the decedent's estate ("Estate of Alex Aguilar Sr.") and

1

on Plaintiffs' claims under 42 U.S.C. § 1983 for violations of the Fourth Amendment rights of Alex Aguilar Sr. (the decedent) to be free from unreasonable force.

2.      That Judgment is entered in favor of Plaintiff Alex Aguilar Jr., Plaintiff P.A., and Plaintiff Estate of Alex Aguilar Sr. against Defendants City of Los Angeles and Sergio Melero on Plaintiffs' claims for assault and battery of Alex Aguilar Sr. (the decedent) and pursuant to, *inter alia*, California Code of Civil Procedure § 377.30 et seq., California Code of Civil Procedure § 377.60 et seq., and California Government Code § 815.2(a).

3.      That Judgment is entered in favor of Plaintiff Estate of Alex Aguilar Sr. against Defendant Sergio Melero on Plaintiffs' claim that Defendant Melero acted with malice, oppression, and/or deliberate indifference when he violated the Fourth Amendment rights of Alex Aguilar Sr. (the decedent) to be free from unreasonable force, with no amount of punitive damages awarded.

4.      That Plaintiff Estate of Alex Aguilar Sr. recover, jointly and severally, from Defendants City of Los Angeles, Matthew Medina, and Sergio Melero the amount of $1,500,000.00, with interest thereon at the rate provided by law.

5.      That Plaintiff P.A. recover, jointly and severally, from Defendants City of Los Angeles and Sergio Melero the amount of $600,000.00, with interest thereon at the rate provided by law.

6.      That Plaintiff Alex Aguilar Jr. recover, jointly and severally, from Defendants City of Los Angeles and Sergio Melero the amount of $600,000.00, with interest thereon at the rate provided by law.

7.      That Judgment is entered in favor of Defendants City of Los Angeles, Matthew Medina, and Sergio Melero on Plaintiffs' claims under 42 U.S.C. § 1983

---

his children: P.A., a minor, by and through her Guardian Ad Litem Florence Ahumada ("P.A.") and Alex Aguilar Jr. ("Alex Aguilar Jr.").

2

for violations of the Fourteenth Amendment rights of P.A. and Alex Aguilar Jr. to their familial association with Alex Aguilar Sr. (the decedent) that were presented at trial.

8.     That Judgment is entered in favor of Defendants City of Los Angeles, Matthew Medina, and Sergio Melero on Plaintiffs' claims under California Civil Code § 52.1 that were presented at trial.

9.     That Judgment is entered in favor of Defendant Matthew Medina on Plaintiffs' claims for assault and battery of Alex Aguilar Sr. (the decedent) that were presented at trial.

10.     That Judgment is entered in favor of Defendant Dante Pagulayan and against Plaintiffs Estate of Alex Aguilar Sr., P.A., and Alex Aguilar Sr. on all claims presented against him at trial.

Pursuant to the Court's Order re: Briefs Regarding the Claims To Be Retried and LAPD Findings (Dkt. No. 355), **IT IS ORDERED, ADJUDGED, and DECREED**:

11.     That Judgment is entered in favor of Defendants City of Los Angeles, Matthew Medina, Sergio Melero, Dante Pagulayan, Andrew Hudlett, and Enrique Lopez on Plaintiffs' claims under 42 U.S.C. § 1983 for failure to protect Alex Aguilar Sr. (the decedent) in violation of his Fourteenth Amendment rights [deliberate indifference to Alex Aguilar Sr.'s emergency medical needs / finger sweep claims];

12.     That Judgment is entered in favor of Defendant Enrique Lopez on Plaintiffs' claims under 42 U.S.C. § 1983 for violations of the Fourteenth Amendment rights of P.A. and Alex Aguilar Jr. to their familial association with Alex Aguilar Sr. (the decedent) [deliberate indifference to Alex Aguilar Sr.'s emergency medical needs / finger sweep claims];

13.      That Judgment is entered in favor of Defendants Sergio Melero,

Matthew Medina, and Dante Pagulayan on Plaintiffs' claims under California Government Code § 845.6 for the failure to summon emergency medical care during the use of force incident;

14.     That Judgment is entered in favor of Defendant Enrique Lopez on Plaintiffs' claims under California Civil Code § 52.1 for failure to protect Alex Aguilar Sr. (the decedent) in violation of his Fourteenth Amendment rights [deliberate indifference to Alex Aguilar Sr.'s emergency medical needs / finger sweep claims].

Pursuant to the Court's Order re: Briefs Regarding the Claims To Be Retried and LAPD Findings (Dkt. No. 355), consistent with the claims asserted by Plaintiffs and stated in the Final Pretrial Conference Orders, and as acknowledged on the record by Plaintiffs, **IT IS ORDERED, ADJUDGED, and DECREED**:

15.     That Judgment is entered in favor of Defendant Andrew Hudlett on Plaintiffs' supervisory liability claims under 42 U.S.C. § 1983 for failure to protect Alex Aguilar Sr. (the decedent) in violation of his Fourteenth Amendment rights [deliberate indifference to Alex Aguilar Sr.'s emergency medical needs / finger sweep claims].

IT IS SO ORDERED AND JUDGMENT HEREBY ENTERED.

DATED: March 10, 2023

HON. CONSUELO B. MARSHALL
United States District Judge